■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERTON BLYTHE, Appellant. [691 NYS2d 768] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered April 19, 1996, convicting defendant, after a jury trial, of manslaughter in the first degree and criminal use of a firearm in the first degree, and sentencing him to concurrent terms of 8⅓ to 25 years and 10 to 20 years, respectively, unanimously affirmed.

A review of defendant's cross-examination of the eyewitness clearly establishes that defendant opened the door to the challenged testimony concerning a photographic identification (*see*, *People v Melendez*, 55 NY2d 445).

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Williams, Tom, Wallach and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROSS, Appellant. [691 NYS2d 768] —Judgments, Supreme Court, New York County (Bernard Fried, J.), rendered May 15, 1996, convicting defendant, upon his pleas of guilty, of two counts of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 3 to 6 years, unanimously affirmed.

Appellate review of defendant's statutory speedy trial claim is foreclosed by his guilty plea (*People v O'Brien*, 56 NY2d 1009; *People v Friscia*, 51 NY2d 845), the voluntariness of which he does not contest. Defendant's constitutional speedy trial claim is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that defendant has not established a violation of his constitutional right to a speedy trial (*see*, *People v Taranovich*, 37 NY2d 442). Concur—Rosenberger, J. P., Williams, Tom, Wallach and Buckley, JJ.